

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Craig Sessions, M.D., P.A. and Craig
Sessions, M.D., Appellant

No. 06-13-00010-CV     v.

TH Healthcare, Ltd., d/b/a Nacogdoches
Medical Center, Appellee

Appeal from the 145th District Court of
Nacogdoches County, Texas (Tr. Ct. No.
C1127428). Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Carter participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we affirm the trial court's denial of Sessions' motion for partial summary judgment, reverse the trial court's grant of the Hospital's motion for summary judgment, and remand to the trial court for proceedings consistent with this opinion.

We further order that the appellant and appellee shall each pay one half of all costs of appeal.

RENDERED AUGUST 28, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk